

FILED
SEP 20 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE APPLICATIONS FOR TELEPHONE INFORMATION NEEDED FOR A CRIMINAL INVESTIGATION | No. CR 09-90715-MISC-PVT<br>No. CR 09-90723-MISC-PVT<br>No. CR 09-90888-MISC-HRL<br>No. CR 10-90180-MISC-PVT<br>No. CR 10-90387-MISC-HRL<br>No. CR 10-90468-MISC-PVT<br>No. CR 10-90556-MISC-PVT<br>No. CR 10-90906-MISC-PVT<br>No. CR 10-90664-MISC-HRL<br>No. CR 10-90676-MISC-HRL<br>No. CR 10-90691-MISC-HRL<br>No. CR 10-90701-MISC-HRL<br>No. CR 10-90724-MISC-PVT<br>No. CR 10-90884-MISC-HRL<br>No. CR 10-90925-MISC-PVT<br>No. CR 10-90996-MISC-PVT<br>No. CR 10-91068-MISC-HRL<br>No. CR 11-90108-MISC-PSG<br>No. CR 11-90183-MISC-HRL<br>No. CR 11-90469-MISC-HRL<br>No. CR 11-90628-MISC-HRL<br><br>[PROPOSED] ORDER OF THE COURT UNSEALING APPLICATIONS AND ORDERS |

Based on the indictment in United States District Court Criminal Case No. CR 11-00090-DLJ, the arrest, and the arraignment of individuals who were associated with the subject of the applications for orders authorizing the installation and use of pen registers and trap and trace

devices on various instruments or facilities utilizing certain telephone numbers in the above-entitled cases, and the government's corresponding discovery obligations, it is hereby ordered that the Applications for Orders In Re Telephone Information Needed For A Criminal Investigation and the Orders granting said Applications in the above-entitled cases be unsealed.

**IT IS SO ORDERED.**

DATED: 9/19/11

HOWARD R. LLOYD
United States Magistrate Judge
Northern District of California

[PROPOSED] ORDER UNSEALING APPLICATIONS AND ORDERS   2